IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES EQUAL
EMPLOYMENT OPPORTUNITY
COMMISSION,

        Case No: 8:22-cv-02238-VMC-MRM

        Plaintiff,

vs.

ALTO CONSTRUCTION CO. INC.,

        Defendant.
_____/

**NOTICE OF PENDENCY OF OTHER ACTIONS**

In accordance with Local Rule 1.04(c), I certify that the instant action:

____ IS related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

_____
_____
_____

__X__ IS NOT related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this NOTICE OF PENDENCY OF OTHER ACTIONS upon each party no later than eleven days after appearance of the party.

Dated: November 3, 2022        Respectfully Submitted,

        s/ Carter M. Sox
        Carter M. Sox
        Trial Attorney
        Florida Bar No. 116907

U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
Miami District Office
Miami Tower
100 S.E. 2nd Street, 1500
Miami, FL 33131
Phone: (786) 648-5851
Fax: (305) 808-1835
carter.sox2@eeoc.gov
*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 3, 2022, I electronically filed the foregoing with the Clerk of the Clerk using CM/ECF. The undersigned counsel also provided a copy of this document via U.S. Mail to:

*Registered Agent:*

Alto Construction Co. Inc.
c/o Stewart G. Smith, Registered Agent
4102 Causeway Blvd.
Tampa, FL 33619

s/ Carter M. Sox
Carter M. Sox
